**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

J.L., M.D.G.B., J.B.A., and M.G.S. on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

LEE FRANCIS CISSNA, Director, U.S. Citizenship and Immigration Services, KIRSTJEN M. NIELSEN, Secretary, U.S. Department of Homeland Security, ROBERT COWAN, Director, National Benefits Center, U.S. Citizenship and Immigration Services, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.

Case No. CV 18-4914

**JOINT STIPULATION REGARDING EXTENDING THE DATE OF THE UPCOMING FURTHER CASE MANAGEMENT CONFERENCE**

WHEREAS, the parties, through their undersigned attorneys, having met and conferred regarding the Court's May 22, 2019 Order Granting Discovery Outside of the Certified Administrative Record ("CAR") (Dkt. 161);

WHEREAS, Defendants intend to supplement the CAR pursuant to that Order on or before June 21, 2019; and

WHEREAS, the parties agree that the upcoming Further Case Management Conference should be extended in order to allow time for Plaintiffs to review the supplemented CAR and determine whether additional discovery issues exist.

THEREFORE, the parties hereby stipulate that:

**First**, the parties agree to request that the Court continue the upcoming June 12, 2019 Further Case Management Conference to July 10, 2019 or later to allow for Defendants to complete their production of documents to supplement the CAR and for Plaintiffs to review the supplemented CAR.

**Second**, in the Joint Case Management Conference Report that the parties file in advance of the continued Further Case Management Conference, the parties will address: (1) any remaining discovery issues, pursuant to the Court's May 22, 2019 Order, and (2) a proposal for a briefing and hearing schedule for the parties' cross-motions for summary judgment.

DATED: June 4, 2019                     Respectfully submitted,

                                        MANATT, PHELPS & PHILLIPS, LLP
                                        MATTHEW KANNY
                                        ADRIANNE MARSHACK
                                        SIRENA CASTILLO

                                        **/s/ Sirena P. Castillo**
                                        SIRENA P. CASTILLO
                                        Attorney for *Plaintiffs*
                                        J.L., M.D.G.B., J.B.A., and M.G.S., on behalf
                                        of themselves and all others similarly situated

DATED: June 4, 2019

OFFICE OF IMMIGRATION LITIGATION
CIVIL DIVISION, U.S. DEP'T OF JUSTICE

JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation
ELIANIS PEREZ
Assistant Director, District Court Section
Office of Immigration Litigation

By: LAUREN E. FASCETT
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 868
Washington, DC 20044
Telephone No.: (202) 616-3466
Email: Lauren.Fascett@usdoj.gov

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Michael Nordon hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated: June 4, 2019

/s/ ***Michael Nordon***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2019, the foregoing document was electronically filed with the Clerk of the Court for U.S. District Court, Northern District of California, through the CM/ECF system. All parties are registered CM/ECF users and will be served through the CM/ECF system.

By: /s/ ***Michael Nordon***
Michael Nordon

5

JOINT STIPULATION REGARDING EXTENDING THE DATE OF THE UPCOMING FURTHER CASE MANAGEMENT CONFERENCE