UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| J.L., *et al.*, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>KENNETH T. CUCCINELLI, Acting Director, United States Citizenship and Immigration Services, *et al.*,<br><br>        Defendants.[1] | Case No. 5:18-CV-4914 NC<br><br>CERTIFICATION OF THE SUPPLEMENT TO THE CERTIFIED ADMINISTRATIVE RECORD |

I, Molly M. Groom, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am Deputy Chief Counsel of United States Citizenship and Immigration Services Office of the Chief Counsel. I have served in this position since October, 2016, and have worked as an attorney with the Department of Homeland Security since its inception in 2003. Prior to that position, I served as an attorney with legacy Immigration and Naturalization Service since 1996. I have personal knowledge of the actions and activities carried out by the various employees who were assigned to review and compile the documents contained in this Court ordered Supplement to the Certified Administrative Record (ECF No. 161).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Court should substitute Kenneth T. Cuccinelli, Acting Director, USCIS, as a defendant in this action, in lieu of former Director L. Francis Cissna. Fed. R. Civ. P. 25(d).

1

2. I certify that, to the best of my knowledge and belief, pursuant to the Court's May 22, 2019 Order (ECF No. 161), the documents listed in the accompanying Court-ordered Supplement to the Certified Administrative Record constitute all non-privileged "documents and materials directly or indirectly considered by USCIS decision-makers" (*id.* at 4), as well as "all relevant, non-privilege[d] documents" and materials pertaining to USCIS's "decision to adopt" and "adoption of the underlying legal analysis: that California juvenile courts do not have jurisdiction to issue appropriate dependency orders for SIJ petitioners over the age of 18 because those courts do not have authority to order reunification." *Id.* at 4–5.

3. I certify that, to the best of my knowledge and belief, pursuant to the Court's May 22, 2019 Order (ECF No. 161), all documents and material withheld as privileged from the accompanying Court-ordered Supplement to the Certified Administrative Record are listed in Defendants' Supplement to the Privilege Log, which will be provided to Plaintiffs upon the filing of the Supplement to the Certified Administrative Record.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: June 21, 2019                               

2