ELIANIS N. PEREZ
Assistant Director
LAUREN FASCETT
Senior Litigation Counsel
CATHERINE McGANN RENO
Trial Attorney
KATELYN MASETTA-ALVAREZ
Trial Attorney
NICOLE THOMAS-DORRIS
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Dep't of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-3914

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.L. et al., | Case No. CV 18-4914 |
| Plaintiffs, | NOTICE OF CHANGE IN COUNSEL |
| v. | |
| LEE FRANCIS CISNA, et al., | Courtroom: 7, 4th Floor |
| Defendants. | Hon. Nathanael M. Cousins |

Please take notice that Nicole Thomas-Dorris, of the U.S. Department of Justice, Civil Division, Office of Immigration Litigation, hereby withdraws as attorney of record for Defendants. See Civil Local Rules 5.1(c)(2)(C).  Counsel of record for Defendants otherwise remains unchanged.

Dated: July 1, 2019   Respectfully submitted,

/s/ Nicole J. Thomas-Dorris
NICOLE J. THOMAS-DORRIS
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Dep't of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

NOTICE OF CHANGE IN COUNSEL
18-4914 CV

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2019, the foregoing document was electronically filed with the Clerk of the Court for U.S. District Court, Northern District of California, through the CM/ECF system. All parties are registered CM/ECF users and will be served through the CM/ECF system.

s/ Nicole J. Thomas-Dorris<br>
NICOLE J. THOMAS-DORRIS<br>
Trial Attorney<br>
Office of Immigration Litigation