UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L., and others,<br><br>              Plaintiffs,<br><br>      v.<br><br>KENNETH T. CUCCINELLI, and others,<br><br>              Defendants. | Case No. 18-cv-04914 NC<br><br>**ORDER ADDRESSING SCHEDULING ISSUES RAISED IN JOINT CMC STATEMENT**<br><br>Re: ECF 167 |

  The Joint CMC Statement raises some stipulated scheduling issues and some disputed scheduling issues. This Order responds. The July 10 phone CMC remains on calendar so that the parties can report back on the trial and pretrial scheduling issues discussed below in paragraph 4.

1. Defendants' Supplemental Privilege Log. Defendants must file the supplemental log in ECF. The parties have agreed to a limited in camera review of 20 documents from the log. ECF 167 at 2. Plaintiffs must notify Defendants of the 20 documents selected by July 10. Defendants must lodge (not file) the documents, with the corresponding log, to the Court by July 16 at noon. After reviewing the documents, the Court will invite supplemental briefing and a hearing if required.

2. Defendants have agreed to provide two supplemental declarations to Plaintiffs by July 31. ECF 167 at 4. The Court approves.

3. Summary judgment briefing and hearing schedule. The stipulation is granted. New schedule: cross-motions by August 12; oppositions by Sept. 12; replies by Sept. 26; hearing October 9 1:00 p.m.

4. Pretrial and trial schedule.  Denied without prejudice.  The proposal to move the trial to December 2 would interfere with 4 other cases set for jury trials in early December.  The Court is open to moving the trial to November 12 or 18.  The Court also is open to keeping the current November 4 trial date and moving the pretrial conference to October 30, with condensed pretrial filings on October 22 and 25.  The parties must confer further as to these options and be prepared to discuss with the Court on July 10.

IT IS SO ORDERED.

Date: July 5, 2019    _____
Nathanael M. Cousins
United States Magistrate Judge