UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J.L., et al.,

          Plaintiffs,

    v.

KENNETH T. CUCCINELLI, et al.,

          Defendants.

Case No.18-cv-04914-NC

**ORDER GRANTING JOINT STIPULATION EXTENDING THE TRIAL DATE; VACATING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 170

On July 9, 2019, the parties filed a joint stipulation requesting an extension of the trial date. *See* Dkt. No. 170.  The Court GRANTS IN PART the stipulation.  Accordingly, the following dates are set:

- **Pretrial Statement:** The parties must meet and confer to discuss the preparation of a joint pretrial statement, which is due **October 22, 2019**.
- **Pretrial Conference: October 30, 2019**, at 2:00 p.m.
- **Trial: November 18, 2019**, at 9:00 a.m.

Because no issues remain to be discussed, the Court VACATES the case management conference set for July 10, 2019.

    **IT IS SO ORDERED.**

Dated:  July 10, 2019

_____

NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California