# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L., et al., | Case No. CV 18-4914 |
| Plaintiffs, | |
| v. | **ORDER ON STIPULATION REGARDING SETTLEMENT AND MOTION FOR PRELIMINARY APPROVAL** |
| KENNETH T. CUCCINELLI, et al., | |
| Defendants. | |

1  Before the Court is the Parties' Stipulation Regarding Settlement and Motion For
2  Preliminary Approval.  IT IS HEREBY ORDERED THAT:
3  1) The hearing on the Parties' cross-motion for summary judgment is vacated.
4  2) The joint motion for preliminary approval of the Settlement shall be heard on October
5  30, 2019 at 2:00 p.m. Counsel may participate by telephone.
6  3)   The November 13, 2019 pre-trial conference and November 18, 2019 trial date is
7  vacated.
8  **IT IS SO ORDERED.**

10  Dated:        October 28       , 2019



ORDER ON STIPULATION RE
SETTLEMENT AND MOTION FOR
PRELIMINARY APPROVAL