UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KENNETH T. CUCCINELLI, et al.,<br><br>    Defendants. | Case No. 18-cv-04914-NC<br><br>**JUDGMENT** |

Pursuant to the Court's December 18, 2019, order granting final approval of the Settlement Agreement, the Court DISMISSES this case with prejudice.

The Court retains jurisdiction over the Settlement Agreement for the purpose of enforcing any of its provisions and terms. The Court's jurisdiction over the Settlement Agreement will terminate one year after further Court order approving Defendants' certification that they have fully adjudicated the Class Members' petitions in compliance with Sections III and V of the Agreement.

The Court also retains jurisdiction to address any violations of the October 24, 2018, preliminary injunction order before judgment (*see* Dkt. No. 49) and to adjudicate the Court's December 16, 2019, order to show cause for: (1) one year following entry of judgment or (2) until such time that all removed Class Members have confirmed that they do not wish to be returned to the United States or are returned to the United States if so requested, whichever is later.

**IT IS SO ORDERED.**

Dated:  December 18, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge