JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation, District Court Section
J. MAX WEINTRAUB
Senior Litigation Counsel
LAUREN E. FASCETT
Senior Litigation Counsel
CATHERINE M. RENO
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-3466
Fax: (202) 305-7000
Lauren.Fascett@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| J.L. *et al.*, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>KENNETH T. CUCCINELLI, Acting Director, United States Citizenship and Immigration Services *et al.*,[1]<br><br>                    Defendants. | CASE NO. 5:18-CV-4914 NC (DMR)<br><br>DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR APPROVAL OF SETTLEMENT REGARDING PLAINTIFFS' CLAIM FOR EQUAL ACCESS TO JUSTICE ACT FEES AND COSTS<br><br>Date:   January 28, 2020<br><br>Hearing Date: January 29, 2020<br><br>The Honorable Nathanael M. Cousins |

Defendants submit their response, under Northern District of California Local Rule 7-3, to Plaintiffs' Motion for Approval of Settlement Regarding Plaintiffs' claim for Equal Access to Justice

---

[1] Chad F. Wolf is the current Acting Secretary of the Department of Homeland Security. Pursuant to Fed. R. Civ. P. 25(d), he is automatically substituted as the proper party in his official capacity.

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR APPROVAL OF SETTLEMENT REGARDING PLAINTIFFS' CLAIM FOR EQUAL ACCESS TO JUSTICE ACT FEES AND COSTS          5:18-cv-4914 NC

1

Act ("EAJA") Fees and Costs ("Motion for Approval") (ECF No. 237).

Generally, Defendants do not oppose Plaintiffs' Motion for Approval. Indeed, Defendants join Plaintiffs in seeking the Court's approval of the Fees and Costs Settlement Agreement.

However, Defendants take issue with a number of Plaintiffs' statements and characterizations in support of their motion, and, accordingly, submit this response to note their primary objections.

To begin, the fact that the Parties entered an agreement on Plaintiffs' EAJA claim does not constitute a concession by Defendants that Plaintiffs efficiently managed the case or exercised reasonable billing judgment, or that the full amount of fees, costs, and expenses they claim to have expended were reasonable. Further, Defendants do not concede that the three attorneys Plaintiffs claim deserve specialist designations actually had "specialized knowledge which was essential to achieving a favorable outcome in this litigation" (ECF No. 237-2, ¶ 9; *see also* ECF No. 237-3, ¶ 63).

Beyond this, Defendants object to any statement or suggestion that Plaintiffs were the prevailing party in this litigation (*see* ECF No. 237 at 11, n.5). Significantly, Plaintiffs incorrectly claim that, "[a]s a result of the merits settlement," U.S. Citizenship and Immigration Services ("USCIS") changed its SIJ policies or "agreed" with various positions Plaintiffs advocated during this lawsuit. *See* ECF No. 237 at 8. Instead — as Defendants notified the Court on October 15, 2019 (*see* ECF No. 209–209-4) — USCIS independently clarified its SIJ policies "[t]o ensure consistency surrounding this [SIJ] classification," by way of three Administrative Appeals Office adopted decisions. *See id*. Defendants entered into the Settlement Agreement as a compromise, not as a result of any "agreement" with Plaintiffs' positions. Moreover, Plaintiffs incorrectly state that the Court ordered injunctive relief in this case. *See* ECF No. 237 at 16. Instead, the Court granted approval of the Parties' Settlement Agreement and dismissed the case. [2] *See* ECF Nos. 228–29.

---

[2] On December 18, 2019, the Court granted final approval of the Parties' Settlement Agreement on the merits and dismissed the case. However, the Court retained limited jurisdiction over certain aspects of the case.

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR APPROVAL OF SETTLEMENT REGARDING PLAINTIFFS' CLAIM FOR EQUAL ACCESS TO JUSTICE ACT FEES AND COSTS          5:18-cv-4914 NC

2

Further, Defendants object to Plaintiffs' description of the facts and procedural history of this case, specifically that USCIS imposed a "new requirement" and was "consistently denying and/or issuing Notices of Intent to Deny ("NOIDs") to vulnerable immigrants aged 18 to 20 seeking SIJS." ECF No. 237 at 6–7. Defendants have denied these allegations throughout this litigation and in the Settlement Agreement (ECF No. 211-2 at §§ I.B, G; IX. G). In addition, Defendants object to Plaintiffs' repeated characterizations of Defendants' interpretations of the SIJ statute and regulation as "erroneous." *See* ECF Nos. 237-4, ¶ 9; 237-5, ¶ 10.

Finally, Defendants object to Plaintiffs' request that the Court "award Plaintiffs' counsel $14,129.30 in costs and $860,870.70 in fees and expenses." *See* ECF No. 237 at 17. Rather, Defendants join Plaintiffs' "request that the Court approve the Fees and Costs Settlement Agreement." *See id.*

**CONCLUSION**

Defendants ask the Court to approve of the Parties' Fees and Costs Settlement Agreement.

Dated: January 28, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

J. MAX WEINTRAUB
Senior Litigation Counsel

*/s/ Lauren E. Fascett*
LAUREN E. FASCETT
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation —
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel: (202) 616-3466
Fax: (202) 305-7000
Email: Lauren.Fascett@usdoj.gov

CATHERINE M. RENO
Trial Attorney

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Lauren Fascett, hereby certify that on this 28th day of January, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

*/s/ Lauren E. Fascett*
LAUREN E. FASCETT
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation —
District Court Section

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR APPROVAL OF SETTLEMENT REGARDING PLAINTIFFS' CLAIM FOR EQUAL ACCESS TO JUSTICE ACT FEES AND COSTS    5:18-cv-4914 NC

A