UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO PRIMERO GARCIA,<br>        Plaintiff,<br>v.<br>WILLIAM P. BARR, et al.,<br>        Defendants. | Case No. 20-cv-01389-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Magistrate Judge Nathanael Cousins for consideration of whether the case is related to *J.L. et al. v. Cuccinelli, et al.*, No. 5:18-cv-04914-NC.

**IT IS SO ORDERED.**

Dated: February 28, 2020

_____
VINCE CHHABRIA
United States District Judge