UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L., et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>KENNETH T. CUCCINELLI, Director, U.S. Citizenship and Immigration Services, CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, ROBERT M. COWAN, Director, National Benefits Center, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES<br><br>              Defendants. | Case No. 18-cv-04914-NC<br><br>**ORDER RE: DEFENDANTS' MOTION FOR RECONSIDERATION; ORDER STAYING PAYMENT OF SANCTIONS**<br><br>Re: Dkt. No. 267 |

On March 13, 2020, Defendants filed a motion for reconsideration of the Court's order holding Defendants in civil contempt. *See* Dkt. No. 252. In their motion, Defendants note that one of the removed class members, E.A., may not wish to return to the United States. *See id.* at 13–15. Defendants also represent that R.M.N. and M.W.D.C.'s return had hit a roadblock, owing to Guatemala's requirement that they obtain passports before traveling out of the country. *See id.* at 16–18.

Since that motion was filed, the severity of the novel COVID-19 disease has prompted emergency action, including by the Northern District of California. *See* Gen.

Orders 72, 73. Defendants also represent that R.M.N. and M.W.D.C.'s return is no longer feasible for the time being because Guatemala has closed its borders. *See* Dkt. No. 268 at 2. Likewise, the United States has also instituted travel restrictions that may hinder R.M.N. and M.W.D.C.'s return. *Id.* at 2–3.

Accordingly, the Court VACATES the hearing on Defendants' motion for reconsideration currently set for March 25, 2020, and takes the motion under submission. The Court sets a telephonic status conference for **April 8, 2020, at 1:00 p.m.** The parties must file a joint status update by **April 6, 2020**, addressing any change regarding the class members' return to the United States. The Court further STAYS payment of coercive sanctions until further Court order.

**IT IS SO ORDERED.**

Dated:  March 23, 2020   _____
NATHANAEL M. COUSINS
United States Magistrate Judge

2